PROB 12B
(7/93)

Report Date: February 3, 2006

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 06 2006

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Billy Joe Barnhart                Case Number: 2:01CR00097-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 3/8/2002                 Type of Supervision:   Supervised release

Original Offense: Possession of a Firearm in Relation    Date Supervision Commenced: 1/18/06
to a Drug Trafficking Crime, 18 U.S.C. § 924(c)

Original Sentence: Prison - 60 Months;              Date Supervision Expires: 1/17/11
TSR - 60 Months

### PETITIONING THE COURT

17.  You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

18.  You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

### CAUSE

At sentencing, the defendant was ordered to submit to drug and alcohol testing. However, pursuant to U.S. v Stephens, the above modification is requested.

Respectfully submitted,

by _____

Richard B. Law
U.S. Probation Officer
Date: January 20, 2006

Prob 12B
**Re: Barnhart, Billy Joe**
**February 3, 2006**
**Page 2**

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

Feb 6 2006
Date