PROB 12B
(7/93)

Report Date: January 29, 2007

# United States District Court

for the

Eastern District of Washington

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 01 2007

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Billy Joe Barnhart                Case Number: 2:01CR00097-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 03/08/2002               Type of Supervision: Supervised Release

Original Offense: Possession of a Firearm in Relation   Date Supervision Commenced: 01/18/2006
to a Drug Trafficking Crime, 18 U.S.C. § 924(c)

Original Sentence: Prison - 60 Months;              Date Supervision Expires: 01/17/2011
TSR - 60 Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

16   You shall reside in a residential reentry center for a period of up to 180 days. This placement may include a prerelease component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of the facility. You shall remain at the facility until discharged by the Court.

### CAUSE

Mr. Barnhart has recently begun to struggle with the conditions of supervision. Specifically, he has failed to report for random urine specimens during the months of December 2006 and January 2007. He has failed to maintain stable employment since November 2006. After repeated attempts to contact Mr. Barnhart, he finally reported, as directed, on January 29, 2007. At that time his noncompliance and lack of stability in the community was discussed. In an attempt to assist Mr. Barnhart, he has agreed to the above modification and has signed the attached waiver of hearing to include a 180-day placement at a residential reentry center.

Respectfully submitted,

by   *[signature]*

Richard B. Law
U.S. Probation Officer
Date: January 29, 2007

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

Feb 1 2007
_____
Date